```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 45749
   ANDREW NELSON JR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9943

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/07/2005 and was confirmed 11/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED                 .00            .00            .00
DAIMLER CHRYSLER FINANCI  UNSECURED               .00            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG           .00            .00            .00
WILSHIRE CREDIT CORP      CURRENT MORTG           .00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY            1998.38            .00        1998.38
AMERICASH LOANS LLC       UNSECURED           1415.70            .00        1415.70
KEITH S SHINDLER          NOTICE ONLY       NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED          12994.61            .00       12994.61
VENGROFF & WILLIAMS ASSO  NOTICE ONLY       NOT FILED            .00            .00
PREMIER BANCARD CHARTER   UNSECURED            378.71            .00         378.71
ROUNDUP FUNDING LLC       UNSECURED           1240.61            .00        1240.61
LASALLE BANK              UNSECURED         NOT FILED            .00            .00
SPRINT                    UNSECURED         NOT FILED            .00            .00
AFNI                      NOTICE ONLY       NOT FILED            .00            .00
USA PAYDAY LOANS          UNSECURED         NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      1000.00             .00        1000.00
WILSHIRE CREDIT CORP      MORTGAGE ARRE        52.87             .00           52.87
ZALUTSKY & PINSKI LTD     REIMBURSEMENT       194.00             .00          194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY        2,569.00                       2,569.00
TOM VAUGHN                TRUSTEE                                           1,401.11
DEBTOR REFUND             REFUND                                              806.27

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE          24,051.26

PRIORITY                                     2,192.38
SECURED                                      1,052.87
UNSECURED                                   16,029.63
ADMINISTRATIVE                               2,569.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 45749 ANDREW NELSON JR
```

```
TRUSTEE COMPENSATION                                          1,401.11
DEBTOR REFUND                                                   806.27
                                     ----------------    ----------------
TOTALS                                      24,051.26           24,051.26
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 12/22/08                  _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 05 B 45749 ANDREW NELSON JR